IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01642-RPM-KLM

DOUGLAS WELLS and
SHIRLEY WELLS,

      Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC., and
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION LLC,

      Defendants.

_____

ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

_____

      Pursuant to the Joint Stipulation of Dismissal with Prejudice [33] filed on

February 13, 2008, it is

      ORDERED that the complaint and action against Experian Information Solutions,

Inc., are dismissed with prejudice, with court costs to be paid by the party incurring

same.

      DATED: February 14, 2008.

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior Judge