IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01642-RPM-KLM

DOUGLAS WELLS and
SHIRLEY WELLS,

    Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC., and
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION LLC,

    Defendants.
_____

ORDER OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC
_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice [35] filed on February 13, 2008, it is

ORDERED that the complaint and action against Equifax Information Services, LLC, are dismissed with prejudice, with court costs to be paid by the party incurring same.

DATED: February 14, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge