IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01642-RPM-KLM

DOUGLAS WELLS and SHIRLEY WELLS

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
EQUIFAX INFORMATION SERVICES, LLC
TRANS UNION, LLC. and
CITIBANK (South Dakota) N.A.

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Plaintiffs Douglas Wells and Shirley Wells have announced to the Court that all matters in controversy against Trans Union have been resolved.  A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiffs Douglas Wells and Shirley Wells against Defendant Trans Union is in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

      DATED this 14th day of February, 2008.

                        s/Richard P. Matsch

                        RICHARD P. MATSCH, Senior Judge

2393617.1/SP/83057/0596/013108